UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABIA LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-03418-SVK<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION PRO HAC VICE**<br><br>Re: Dkt. No. 4 |

The application for admission *pro hac vice* of Michael Thad Allen (Dkt. 4) identifies as local co-counsel Abby Jane Moscatel, who has an address of record in Montana. This application does not comply with Civil Local Rule 11-3(a)(3), which requires that an applicant for admission *pro hac vice* designate as co-counsel an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Accordingly, the application is **DENIED**, without prejudice to submission of a corrected application that complies with all requirements of Civil Local Rule 11-3.

**SO ORDERED.**

Dated: July 13, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge