Abby Jane Moscatel
CA Bar No. 276207
BLACKTAIL LAW GROUP, PLLC
99 S. Almaden Blvd.
Suite 600
San Jose, CA 95133
Tel: (406) 318.7223
amoscatel@blacktailllaw.com
Michael Thad Allen
*pro hac vice* admission pending
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06357
Tel: (860) 772-4738
mallen@allenharrislaw.com

*Attorneys for Plaintiff Tabia Lee*

# United States District Court for the District of

# Northern California -SAN JOSE DIVISION

| | |
|---|---|
| TABIA LEE,<br><br>Plaintiff,<br><br>vs.<br><br>THE FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, DE ANZA COMMUNITY COLLEGE, LLOYD A. HOLMES, in his official and individual capacity; PATRICK J. AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, GILBERT WONG in their official capacity; AND ALICIA CORTEZ, THOMAS RAY, CHRISTINA ESPINOSA-PIEB, AND LYDIA HEARN in their individual and official capacity,<br><br>Defendants. | Case No.: 5:23-cv-03418-SVK<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE OF CHANGE OF ADDRESS - 1

# NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE NOTICE THAT Blacktail Law Group, PLLC has updated its office business address for California matters to 99 S. Almaden Blvd. Suite 600 San Jose, CA 95133.

Current Contact Information:

Abby Jane Moscatel
BLACKTAIL LAW GROUP, PLLC
99 S. Almaden Blvd.
Suite 600
San Jose, CA 95133
Tel: (406) 318.7223
Fax: (406) 205-9825
amoscatel@blacktailllaw.com

    **DATED:**    **July 17, 2023**

    **SIGNED:**    */s/ Abby Jane Moscatel*

Respectfully submitted,

*/s/ Abby Jane Moscatel*
Abby Jane Moscatel
BLACKTAIL LAW GROUP, PLLC
99 S. Almaden Blvd.
Suite 600
San Jose, CA 95133
Tel: (406) 318.7223
Fax: (406) 205-9825
amoscatel@blacktailllaw.com

*for Plaintiff*

NOTICE OF CHANGE OF ADDRESS - 2