CARMEN PLAZA DE JENNINGS (SBN 091742)
cpdjennings@pjclawyers.com
JAYNE BENZ CHIPMAN (SBN 140048)
jchipman@pjclawyers.com
PLAZA DE JENNINGS & CHIPMAN LLP
1000 Marina Village Parkway, Suite 110
Alameda, CA  94501
Telephone:  (510) 319-7080

Attorneys for Defendants
THE FOOTHILL-DE ANZA COMMUNITY
COLLEGE DISTRICT, DE ANZA COMMUNITY
COLLEGE, LLOYD A. HOLMES, PATRICK
AHRENS, LAURA CASAS, PEARL CHENG,
PETER LANDSBERGER, GILBERT WONG AND
ALICIA CORTEZ, THOMAS RAY, CHRISTINA
ESPINOSA-PIEB, and LYDIA HEARN

UNITED STATES DISTRICT COURT

NORTERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TABIA LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, DE ANZA COMMUNITY COLLEGE, LLOYD A. HOLMES, in his official and individual capacity; PATRICK AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, GILBERT WONG in their official capacity; AND ALICIA CORTEZ, THOMAS RAY, CHRISTINA ESPINOSA-PIEB, and LYDIA HEARN in their individual and official capacity,<br><br>    Defendants. | Case No.  5:23-cv-03418-SVK<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND AGREEMENT TO FILING OF AN AMENDMENT COMPLAINT PURSUANT TO LOCAL RULE 6-1(A) AND FEDERAL RULE OF CIVIL PROCEDURE  15(A)(2)**<br><br>Complaint Filed: July 10, 2023<br>Judge: Hon. Susan Van Keulen<br>Courtroom: 6 |

**IT IS HEREBY STIPULATED** by and between the undersigned counsel for Plaintiff TABIA LEE ("Plaintiff"), and the undersigned counsel for Defendants FOOTHILL- DE ANZA COMMUNITY COLLEGE, DE ANZA COMMUNITY COLLEGE, LLOYD A. HOLMES,

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND AGREEMENT TO FILING OF AN AMENDMENT COMPLAINT PURSUANT TO LOCAL RULE 6-1(A) AND FEDERAL RULE OF CIVIL PROCEDURE  15(A)(2) • CASE NO. 5:23-cv-03418-SVK

4856-2666-2528

PATRICK AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, GILBERT WONG, ALICIA CORTEZ, THOMAS RAY, CHRISTINA ESPINOSA-PIEB, and LYDIA HEARN as follows:

- The parties have agreed pursuant Federal Rule of Civil Procedure 15(a)(2) that Plaintiff will file an Amended Complaint.  Defendants will have 14 days after service of the filed Amended Complaint to file their answer or responsive pleading, and that in so agreeing to permit Plaintiff to file an Amended Complaint Defendants are not waiving any defenses or immunities.

- The Amended Complaint to be filed is attached as Exhibit A and a redline version is attached as Exhibit B.  The Amended Complaint adds a claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §42 U.S.C. §2000-E et seq. and amends the existing California Fair Employment and Housing Act, Cal. Gov. Code § 12900 et seq. claim and attaches a right to sue letter to Exhibit A.  The Amended Complaint to be filed also adds paragraph numbers.

- Because Defendants' time to respond to Plaintiff's initial Complaint filed July 10, 2023 is due September 19, 2023, the parties have also agreed under Local rule 6-1(a) to extend Defendants' time to respond to Plaintiff's initial Complaint by 10 days to September 29, 2023, if necessary, in the absence of a superseding Amended Complaint having already been filed.

2

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND AGREEMENT TO FILING OF AN AMENDMENT COMPLAINT PURSUANT TO LOCAL RULE 6-1(A) AND FEDERAL RULE OF CIVIL PROCEDURE  15(A)(2) • CASE NO. 5:23-CV-03418-SVK

| | | |
|---|---|---|
| Dated: | September 18, 2023 | PLAZA DE JENNINGS & CHIPMAN LLP |

By: */s/Jayne Benz Chipman*
      Carmen Plaza de Jennings
      Jayne Benz Chipman

Attorneys for Defendants
THE FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, DE ANZA COMMUNITY COLLEGE, LLOYD A. HOLMES, PATRICK AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, GILBERT WONG AND ALICIA CORTEZ, THOMAS RAY, CHRISTINA ESPINOSA-PIEB, and LYDIA HEARN

| | | |
|---|---|---|
| Dated: | September 18, 2023 | ALLEN HARRIS PLLC |

By:*/s/Michael Thad Allen*
      Michael Thad Allen

Attorneys for Plaintiff TABIA LEE