1  Abby Jane Moscatel
   CA Bar No. 276207
2  LAW OFFICE OF ABBY MOSCATEL
   99 S Almaden Blvd Suite 600
3  San Jose CA 95113
4  Tel: (406) 318.7223
   amoscatel@blacktailllaw.com
5

6
   Michael Thad Allen
7  *pro hac vice* admission pending
   ALLEN HARRIS PLLC
8  PO Box 404
   Quaker Hill, CT 06357
9  Tel: (860) 772-4738
10 mallen@allenharrislaw.com

11

12                    United States District Court for the District of

13                       Northern California -SAN JOSE DIVISION

14

15

16   TABIA LEE,

17      Plaintiff,                          Case No.: 5:23-CV-03418-SVK

18         vs.

19   THE FOOTHILL-DE ANZA                   **[PROPOSED]**
     COMMUNITY COLLEGE DISTRICT, DE ANZA    **ORDER**
20   COMMUNITY COLLEGE, LLOYD A. HOLMES, in his
     official and individual capacity; PATRICK J. AHRENS,
     LAURA CASAS, PEARL CHENG, PETER
21   LANDSBERGER, GILBERT WONG in their official
     capacity; AND ALICIA CORTEZ, THOMAS RAY,
22   CHRISTINA ESPINOSA-PIEB, AND LYDIA HEARN
     in their individual and official capacity,
23
         Defendants.
24

25

26      The Court, having reviewed the Stipulation Extending Time to Respond to Complaint

27 and Agreement to Filing of an Amended Complaint Pursuant to Local Rule 6-1(a) and Federal

28
   [PROPOSED] ORDER - 1 | CASE NO. 5:23-CV-03418-SVK

1  Rules Of Civil Procedure 15(a)(2), along with the accompanying exhibits indicating the

2  proposed Amended Complaint that Plaintiff seeks leave to file, is hereby

3        ORDERED that Plaintiff shall have leave to file the Amended Complaint, which shall be

4

5  filed upon issuance of this order; and further it is

6        ORDERED that Defendants shall have 14 days after service of the file Amended

7  Complaint to file their answer or responsive pleading or up to and including September 29, 2023,

8  whichever is later.

9        PURSUANT TO STIPULATION, SO ORDERED

10

11   DATE: _____

12                                                    Honorable Susan van Keulen, Magistrate
                                                     Judge

[PROPOSED] ORDER - 2 | CASE NO. 5:23-CV-03418-SVK