Abby Jane Moscatel
CA Bar No. 276207
LAW OFFICE OF ABBY MOSCATEL
99 S Almaden Blvd Suite 600
San Jose CA 95113
Tel: (406) 318.7223
amoscatel@blacktailllaw.com

Michael Thad Allen
*pro hac vice* admission pending
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06357
Tel: (860) 772-4738
mallen@allenharrislaw.com

United States District Court for the District of

Northern California -SAN JOSE DIVISION

| | |
|---|---|
| TABIA LEE,<br><br>Plaintiff,<br><br>vs.<br><br>THE FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, DE ANZA COMMUNITY COLLEGE, LLOYD A. HOLMES, in his official and individual capacity; PATRICK J. AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, GILBERT WONG in their official capacity; AND ALICIA CORTEZ, THOMAS RAY, CHRISTINA ESPINOSA-PIEB, AND LYDIA HEARN in their individual and official capacity,<br><br>Defendants. | Case No.: 5:23-CV-03418-SVK<br><br>**NOTICE OF RECEIPT OF PLAINTIFF'S RIGHT TO SUE LETTER FROM THE EEOC** |

PLEASE TAKE NOTICE: Plaintiff hereby files notice of the attached Right to Sue Letter

received from the Equal Employment Opportunity Commission ("EEOC"), San Jose Local

NOTICE OF RECEIPT OF PLAINTIFF'S RIGHT TO SUE LETTER FROM THE EEOC - 1 | CASE NO. 5:23-CV-03418-SVK HIM

Office, dated September 19, 2023, concerning her Charge No. 556-2023-01048.  See attached Exhibit A.

On September 19, 2023, after the parties met and conferred, Plaintiff filed a joint Stipulation Extending Time to Respond to Complaint and Agreement to Filing of an Amended Complaint.  ECF No. 23.  The stipulation provided a proposed Amended Complaint, which Plaintiff sought leave to file under Fed. R. Civ. P. 15(a)(2).  Id., Exhibit A.  The stipulation also requested an extension of time for Defendants to answer or file a responsive motion.  Id.

Plaintiff appended her right to sue letter from the California Civil Rights Department to the Stipulation, concerning CRD Matter No.2029-21967514.  Under Ninth Circuit law, the accompanying EEOC right to sue letter is not necessary to perfect Plaintiff's federal employment discrimination claim, where she had already filed a disability discrimination complaint with the state agency acting as an agent of the EEOC, i.e., the California Civil Rights Department, which had issued a right to sue letter addressing the parallel state-law employment discrimination claim.  See *Scott v. Gino Morena Enters., Ltd. Liab. Co*., 888 F.3d 1101, 1109 (9th Cir. 2018).

By the time of that filing, Plaintiff had not yet received a notice of right to sue from the EEOC.  However, on the afternoon after filing, Plaintiff did receive the right to sue letter from the EEOC.  In an abundance of caution, Plaintiff files this Notice that the EEOC has now issued the attached right to sue letter concerning Charge No. 556-202 re-01048.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: September 20, 2023 | /s/Michael Thad Allen |
|   | Michael Thad Allen |
|   | *Admitted pro hac vice* |
|   | ALLEN HARRIS PLLC |
|   | PO Box 404 |
|   | Quaker Hill, CT 06357 |
|   | Tel: (860) 772-4738 |
|   | mallen@allenharrislaw.com |
|   |   |
|   | Abby Jane Moscatel |
|   | CA Bar No. 276207 |
|   | LAW OFFICE OF ABBY MOSCATEL |
|   | 99 S Almaden Blvd Suite 600 |
|   | San Jose CA 95113 |
|   | Tel: (406) 318.7223 |
|   | amoscatel@blacktailllaw.com |
|   |   |
|   | *For Plaintiff* |

NOTICE OF RECEIPT OF PLAINTIFF'S RIGHT TO SUE LETTER FROM THE EEOC - 3 | CASE NO. 5:23-CV-03418-SVK HIM