Abby Jane Moscatel
CA Bar No. 276207
BLACKTAIL LAW GROUP, PLLC
Dba Law Office of Abby Moscatel
99 S. Almaden Blvd.
Suite 600
San Jose, CA 95133
Tel: (406) 318.7223
amoscatel@blacktailllaw.com

Michael Thad Allen
*pro hac vice* admission pending
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06357
Tel: (860) 772-4738
mallen@allenharrislaw.com

*Attorneys for Plaintiff Tabia Lee*

**United States District Court for the District of**

**Northern California -SAN JOSE DIVISION**

| | |
|---|---|
| TABIA LEE, | |
| Plaintiff, | Case No.: 5:23-cv-03418-SVK |
| vs. | **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| THE FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, DE ANZA COMMUNITY COLLEGE, LLOYD A. HOLMES, in his official and individual capacity; PATRICK J. AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, GILBERT WONG in their official capacity; AND ALICIA CORTEZ, THOMAS RAY, CHRISTINA ESPINOSA-PIEB, AND LYDIA HEARN in their individual and official capacity, | |
| Defendants. | |

**SECTION I - WITHDRAWING ATTORNEY**

Abby Jane Moscatel
CA Bar No. 276207
BLACKTAIL LAW GROUP, PLLC
Dba Law Office of Abby Moscatel
99 S. Almaden Blvd.
Suite 600
San Jose, CA 95133
Tel: (406) 318.7223
amoscatel@blacktailllaw.com
**Counsel of Record for Plaintiff Tabia Lee**

**SECTION II – NEW REPRESENTATION**

The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Neal S. Zaslavsky, Esq. (SBN 277543)
LAW OFFICE OF NEAL S. ZASLAVSKY,
A PROFESSIONAL CORPORATION
8335 Sunset Boulevard, Suite 101
West Hollywood, California  90069
Telephone:  (323) 389-1881
Facsimile:  (323) 389-1885
E-mail:  Neal@NSZLegal.com

**SECTION III - SIGNATURES**

*Withdrawing Attorney*
I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: _____

Signature: _____

Name: _____

///
///
///
///

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY - 2

**New Attorney**

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: January 4, 2024

Signature: *[signature]*

Name: Neal S. Zaslavsky, Esq.

**Party Represented by Withdrawing Attorney**

I am currently represented by or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to the substitution of counsel as specified above.

Date: January 4, 2024

Signature: *[signature]*

Name: Tabia Lee