CARMEN PLAZA DE JENNINGS (SBN 091742)
JAYNE BENZ CHIPMAN (SBN 140048)
PLAZA DE JENNINGS & CHIPMAN LLP
1000 Marina Village Parkway, Suite 110
Alameda, CA 94501
Telephone: (510) 319-7080
Attorneys for Defendants THE FOOTHILL-DE ANZA
COMMUNITY COLLEGE DISTRICT, et al.

NEAL S. ZASLAVSKY (SBN 277543)
LAW OFFICE OF NEAL S. ZASLAVSKY
A PROFESSIONAL CORPORATION
8335 Sunset Boulevard, Suite 101
West Hollywood, CA 90069
Telephone: (323) 389-1881

MICHAEL THAD ALLEN
(*pro hac vice* admission pending)
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06357
Telephone: (860) 772-4738
Attorneys For Plaintiff TABIA LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TABIA LEE,<br><br>         Plaintiff,<br>vs.<br><br>THE FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, DE ANZA COMMUNITY COLLEGE, LLOYD A. HOLMES, in his official and individual capacity; PATRICK AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, GILBERT WONG in their official capacity; AND ALICIA CORTEZ, THOMAS RAY, CHRISTINA ESPINOSA-PIEB, and LYDIA HEARN in their individual and official capacity,<br><br>         Defendant(s). | Case No. 5:23-CV-03418-PCP<br><br>**STIPULATION FURTHER EXTENDING DATE OF FIRST CASE MANAGEMENT CONFERENCE DUE TO PENDING DISPOSITIVE MOTION TO DISMISS**<br><br>Initial CMC:   February 22, 2024<br>Time:          1 p.m.<br>Judge:         Hon. P. Casey Pitts<br>Courtroom:     8, 4th Floor |

In compliance with Judge Pitts' Standing Order For Civil Cases (Revised November 13, 2023), Section VI, the parties in the above-captioned case, through counsel, submit

the following stipulation.

Defendants filed a Rule 12(b)(6) Motion to Dismiss (ECF No. 34) on October 12, 2023. The Motion to Dismiss was scheduled for hearing on January 18, 2024. On October 31, 2023, the parties filed a Stipulation Extending Date of First Case Management Conference Due to Pending Dispositive Motion to Dismiss. (ECF No. 40). The Court on November 1, 2023, rescheduled the initial Case Management Conference from November 16, 2023 to February 15, 2024, and extended the related meet and confer dates and filing of the ADR Certification to January 25, 2024. (ECF No. 41). On November 8, 2023, the Court further rescheduled the initial Case Management Conference to February 22, 2024. (ECF No. 43.). Subsequently, the Court notified the parties on January 10, 2024 that it was vacating the January 18, 2024 Motion to Dismiss hearing date and would rule based on the motion and briefs. The Court's ruling is pending as of the date of this Stipulation.

Based on the foregoing, good cause exists for the parties' stipulation and request that the Court further move the initial Case Management Conference currently set for February 22, 2024, to a later date sufficiently after the Court's ruling on Defendants' Motion to Dismiss that provides the parties with sufficient time in advance of the Case Management Conference to complete their meet and confer obligations under FRCP 26(f), file an ADR Certification, and file their Joint Case Management Conference Statement. Independently, good cause exists to move the current February 8, 2024, date for the filing of the Joint Case Management Conference Statement to a later date. Plaintiff's lead counsel Michael T. Allen has a five-day trial which begins on February 5, 2024 in the Southern District of Texas. No party will be prejudiced by the requested further extensions of time given the status of the case.

| | |
|---|---|
| Dated: February 2, 2024 | PLAZA DE JENNINGS & CHIPMAN LLP |
| | By: /s/ Jayne Benz Chipman |
| | Carmen Plaza de Jennings |
| | Jayne Benz Chipman |

Attorneys for Defendants
THE FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, DE ANZA COMMUNITY COLLEGE, LLOYD A. HOLMES, PATRICK AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, GILBERT WONG, ALICIA CORTEZ, THOMAS RAY, CHRISTINA ESPINOSA-PIEB, and LYDIA HEARN

| | |
|---|---|
| Dated: February 2, 2024 | ALLEN HARRIS PLLC |
| | By: /s/Michael Thad Allen |
| | Michael Thad Allen |

Attorney for Plaintiff
TABIA LEE

3

STIPULATION FURTHER EXTENDING DATE OF FIRST CMC
CASE NO. 5:23-CV-03418-PCP