Neal S. Zaslavsky, State Bar No. 277543
LAW OFFICE OF NEAL S. ZASLAVSKY APC
8335 Sunset Boulevard, Suite 101
West Hollywood, CA 90069
Tel: (323) 389-1881
Neal@NSZLegal.com

Michael Thad Allen
*Admitted pro hac vice*
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06357
Tel: (860) 772-4738
mallen@allenharrislaw.com

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTHERN CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| TABIA LEE,<br><br>Plaintiff,<br><br>vs.<br><br>THE FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, DE ANZA COMMUNITY COLLEGE, LLOYD A. HOLMES, in his official and individual capacity; PATRICK J. AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, GILBERT WONG in their official capacity; AND ALICIA CORTEZ, THOMAS RAY, CHRISTINA ESPINOSA-PIEB, AND LYDIA HEARN in their individual and official capacity,<br><br>Defendants. | Case No.: 5:23-CV-03418-PCP<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION RELEVANT TO DEFENDANTS' MOTION TO DISMISS** |

**STATEMENT OF RECENT DECISION**

Pursuant to Local Civil Rule 7-3(d)(2), Plaintiff Tabia Lee respectfully submits to this court this Statement of Recent Decision identifying *De Piero v. Pa. State Univ.*, No. 23-2281, 2024 U.S. Dist. LEXIS 5768 (E.D. Pa. Jan. 10, 2024) as persuasive authority. A true and correct copy is attached. In *De Piero*, which was filed after briefing was completed on Defendants' Motion to Dismiss First Amended Complaint, ECF No. 34 (including Plaintiff's Opposition to Defendants' Motion to Dismiss, ECF No. 42, and Defendant's Reply in Support of Motion to Dismiss, ECF No. 44), District Court Judge Wendy Beetlestone denied Penn State University's motion to dismiss with regard to Plaintiff's claim of hostile work environment harassment under Title VII of the Civil Rights Act of 1964.

On January 10, 2024, this Court vacated the originally schedule motion hearing, indicating that it would issue a written ruling based on the motion and briefs.

DATED: February 5, 2024                                     Respectfully submitted,

/s/ Michael Thad Allen
Michael Thad Allen
*Admitted pro hac vice*
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06357
Tel: (860) 772-4738
mallen@allenharrislaw.com

/s/ Neal S. Zaslavsky
Neal S. Zaslavsky, State Bar No. 277543
LAW OFFICE OF NEAL S. ZASLAVSKY APC
8335 Sunset Boulevard, Suite 101
West Hollywood, CA 90069
Tel: (323) 389-1881
Neal@NSZLegal.com

*For Plaintiff*

PLAINTIFF'S STATEMENT OF RECENT DECISION RELEVANT TO DEFENDANTS' MOTION TO DISMISS - 1 | CASE NO. 5:23-CV-03418-SVK HIM