CARMEN PLAZA DE JENNINGS (SBN 091742)
JAYNE BENZ CHIPMAN (SBN 140048)
PLAZA DE JENNINGS & CHIPMAN LLP
1000 Marina Village Parkway, Suite 110
Alameda, CA  94501
Telephone:  (510) 319-7080
Attorneys for Defendants THE FOOTHILL-DE
ANZA COMMUNITY COLLEGE DISTRICT, et al.

NEAL S. ZASLAVSKY (SBN 277543)
LAW OFFICE OF NEAL S. ZASLAVSKY
A PROFESSIONAL CORPORATION
8335 Sunset Boulevard, Suite 101
West Hollywood, CA 90069
Telephone: (323) 389-1881

MICHAEL THAD ALLEN
(*pro hac vice* admission pending)
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06357
Telephone: (860) 772-4738
Attorneys For Plaintiff TABIA LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TABIA LEE, | Case No.  5:23-cv-03418-PCP |
| Plaintiff, | **[PROPOSED] ORDER EXTENDING TIME PURSUANT TO STIPULATION** |
| vs. | |
| THE FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, DE ANZA COMMUNITY COLLEGE, LLOYD A. HOLMES, in his official and individual capacity; PATRICK AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, GILBERT WONG in their official capacity; AND ALICIA CORTEZ, THOMAS RAY, CHRISTINA ESPINOSA-PIEB, and LYDIA HEARN in their individual and official capacity, | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The initial case management conference is rescheduled to __June 27__, 2024, at 1:00 p.m. The Joint Case Management Conference Statement is to be filed by __June 13__, 2024. The parties' last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, and to file the ADR Certification, is __June 13__, 2024.

Date: __February 6, 2024__

_____
P. Casey Pitts, U.S. District Judge