Neal S. Zaslavsky, State Bar No. 277543
LAW OFFICE OF NEAL S. ZASLAVSKY APC
8335 Sunset Boulevard, Suite 101
West Hollywood, CA 90069
Tel: (323) 389-1881
Neal@NSZLegal.com

Michael Thad Allen
*Admitted pro hac vice*
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06357
Tel: (860) 772-4738
mallen@allenharrislaw.com

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTHERN CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| TABIA LEE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, DE ANZA COMMUNITY COLLEGE, LLOYD A. HOLMES, in his official and individual capacity; PATRICK J. AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, GILBERT WONG in their official capacity; AND ALICIA CORTEZ, THOMAS RAY, CHRISTINA ESPINOSA-PIEB, AND LYDIA HEARN in their individual and official capacity,<br><br>　　　　Defendants. | Case No.: 5:23-CV-03418-PCP<br><br>**NOTICE OF ERRATA RE: DKT. NO. 48 [PLAINTIFF'S STATEMENT OF RECENT DECISION RELEVANT TO DEFENDANTS' MOTION TO DISMISS]** |

NOTICE OF ERRATA RE: DKT. NO. 48 [PLAINTIFF'S STATEMENT OF RECENT DECISION RELEVANT TO DEFENDANTS' MOTION TO DISMISS] - i | CASE NO. 5:23-CV-03418-PCP

# NOTICE OF ERRATA

**TO THE HONORABLE P. CASEY PITTS, JUDGE OF THE UNITED STATES DISTRICT COURT; THE CLERK OF THE COURT; ALL PARTIES; THEIR ATTORNEY(S) OF RECORD; AND ALL OTHER INTERESTED PARTIES:**

On February 5, 2024 Plaintiff Tabia Lee ("Dr. Lee"), filed her Statement of Recent Decision Relevant to Defendants' Motion to Dismiss (see Docket No. 48).

Due to a clerical error made personally by the undersigned, the exhibit containing the relevant memorandum opinion from the Eastern District of Pennsylvania did not attach to the main filing .

Dr. Lee hereby attaches the opinion in *De Piero v. Pa. State Univ.*, No. 23-2281, 2024 U.S. Dist. LEXIS 5768 (E.D. Pa. Jan. 10, 2024) as Exhibit A.

Counsel sincerely apologizes to the Court for this oversight and any inconvenience this may cause to the Clerk.

DATED: February 5, 2024

Respectfully submitted,

/s/ Neal S. Zaslavsky
---
Neal S. Zaslavsky, State Bar No. 277543
LAW OFFICE OF NEAL S. ZASLAVSKY APC
8335 Sunset Boulevard, Suite 101
West Hollywood, CA 90069
Tel: (323) 389-1881
Neal@NSZLegal.com

*For Plaintiff*

NOTICE OF ERRATA RE:  DKT. NO. 48 [PLAINTIFF'S STATEMENT OF RECENT DECISION RELEVANT TO DEFENDANTS' MOTION TO DISMISS] - 1 | CASE NO. 5:23-CV-03418-PCP