Neal S. Zaslavsky
CA Bar No. 277543
LAW OFFICE OF NEAL S. ZASLAVSKY, A PROFESSIONAL CORPORATION
8335 Sunset Boulevard, Suite 101
West Hollywood, CA 90069
Tel: (323) 389-1881
neal@nszlegal.com

Michael Thad Allen
*pro hac vice* admission pending
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06357
Tel: (860) 772-4738
mallen@allenharrislaw.com

United States District Court for the District of

Northern California -SAN JOSE DIVISION

| | |
|---|---|
| TABIA LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, DE ANZA COLLEGE, PATRICK J. AHRENS, LAURA CASAS, PEARL CHENG, PETER LANDSBERGER, LEE LAMBERT, and GILBERT WONG, in their official capacities; CHRISTINA ESPINOSA-PIEB, in her official and individual capacities; ALICIA CORTEZ, LYDIA HEARN, LLOYD A. HOLMES, and THOMAS RAY, in their individual capacities,<br><br>    Defendants. | Case No.: 5:23-CV-03418-PCP<br><br>**[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME TO BRIEF PENDING MOTION TO DISMISS AND FOR REPLY**<br><br>DATE: October 3, 2024<br>TIME: 10:00 A.M.<br>Judge: Hon. P. Casey Pitts<br>Courtroom: 8 |

[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME TO BRIEF PENDING MOTION TO DISMISS AND FOR REPLY - 1 | CASE NO. 5:23-CV-03418-PCP

The Court, having reviewed the parties' stipulation to extend time for Plaintiff to submit its response to Defendants' Motion to Dismiss Second Amended Complaint and the Declaration of Plaintiff's counsel, hereby ORDERS:

Plaintiff shall file its Opposition to Defendants' Motion to Dismiss Second Amended Complaint by July 26, 2024.

Defendants' Reply shall be due August 23, 2024.

SO ORDERED,

DATE: June 26, 2024

Hon. P. Casey Pitts
Judge of the U.S. District Court for the
Northern District of California

[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME TO BRIEF PENDING MOTION TO DISMISS AND FOR REPLY - 2 | CASE NO. 5:23-CV-03418-PCP