1   CARMEN PLAZA DE JENNINGS (SBN 091742)
    JAYNE BENZ CHIPMAN (SBN 140048)
2   PLAZA DE JENNINGS & CHIPMAN LLP
    1000 Marina Village Parkway, Suite 110
3   Alameda, CA 94501
    Telephone:  (510) 319-7080
4   Attorneys for Defendants THE FOOTHILL-DE ANZA
    COMMUNITY COLLEGE DISTRICT, et al.
5
    NEAL S. ZASLAVSKY (SBN 277543)
6   LAW OFFICE OF NEAL S. ZASLAVSKY
    A PROFESSIONAL CORPORATION
7   8335 Sunset Boulevard, Suite 101
    West Hollywood, CA 90069
8   Telephone: (323) 389-1881

9   MICHAEL THAD ALLEN
    admitted *pro hac vice*
10  ALLEN HARRIS PLLC
    PO Box 404
11  Quaker Hill, CT 06357
    Telephone: (860) 772-4738
12  Attorneys For Plaintiff TABIA LEE

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16  TABIA LEE,                          Case No.  5:23-CV-03418-EKL

17          Plaintiff,                  **SECOND STIPULATION EXTENDING
                                        DATE OF FIRST CASE MANAGEMENT
    vs.                                 CONFERENCE DUE TO PENDING
18                                      DISPOSITIVE MOTION TO DISMISS**

19  THE FOOTHILL-DE ANZA
    COMMUNITY COLLEGE DISTRICT,         Initial CMC:  **Date Vacated**
20  DE ANZA COLLEGE, PATRICK J.         Time:
    AHRENS, LAURA CASAS, PEARL          Judge:        Hon. Eumi K. Lee
21  CHENG, PETER LANDSBERGER, LEE       Courtroom:    7
    LAMBERT, and GILBERT WONG, in their
22  official capacities; CHRISTINA
    ESPINOSA-PIEB, in her official and
23  individual capacities; ALICIA CORTEZ,
    LYDIA HEARN, LLOYD A. HOLMES,
24  and THOMAS RAY, in their individual
    capacities,
25
            Defendant(s).
26

27      In compliance with Judge Lee's Standing Order For Civil Cases (August 16, 2024),

28  Section VI, the parties in the above-captioned case, through counsel, submit the following

PLAZA DE JENNINGS & CHIPMAN LLP
ATTORNEYS AT LAW
ALAMEDA

1  Stipulation.

2  **Procedural Background**

3      Defendants filed a Rule 12(b)(6) Motion to Dismiss the First Amended Complaint (ECF

4  No. 34) on October 12, 2023.  The Motion to Dismiss the First Amended Complaint was

5  scheduled for hearing on January 18, 2024.  On October 31, 2023, the parties filed a Stipulation

6  Extending Date of First Case Management Conference Due to Pending Dispositive Motion to

7  Dismiss.  (ECF No. 40).  The Court on November 1, 2023, rescheduled the Initial Case

8  Management Conference from November 16, 2023 to February 15, 2024, and extended the

9  related meet and confer dates and filing of the ADR Certification to January 25, 2024.  (ECF No.

10  41).  On November 8, 2023, the Court further rescheduled the Initial Case Management

11  Conference to February 22, 2024.  (ECF No. 43).  Subsequently, the Court notified the parties on

12  January 10, 2024 that it was vacating the January 18, 2024 Motion to Dismiss the First Amended

13  Complaint hearing date and would rule based on the motion and briefs.

14      On February 2, 2024, the parties filed a Stipulation Extending Date of First Case

15  Management Conference, and related dates, to a date sufficiently after the Court's ruling on

16  Defendants' Motion to Dismiss the First Amended Complaint that provided the parties with

17  sufficient time in advance of the Case Management Conference to complete their meet and confer

18  obligations under FRCP 26(f), file an ADR Certification, and file their Joint Case Management

19  Conference Statement.  (ECF No. 47).  On February 6, 2024, the Court rescheduled the Initial

20  Case Management Conference to June 27, 2024, rescheduled the due date for the Joint Case

21  Management Conference Statement to June 13, 2024, and also moved to June 13, 2024 the

22  parties' last day to meet and confer regarding initial disclosures, early settlement ADR process

23  selection and discovery plan, and to file the ADR Certification.  (ECF No. 49).

24      On May 7, 2024, the Court issued its Order on Motion to Dismiss, dismissing the First

25  Amended Complaint, with leave to amend in part.  The May 7, 2024 Order on Motion to Dismiss

26  also reset the Initial Case Management Conference to September 26, 2024, and the filing date for

27  the Joint Case Management Conference Statement to September 12, 2024.  (ECF No. 51).

28      Plaintiff filed a Second Amended Complaint on May 31, 2024.  (ECF No. 52).  On June

SECOND STIPULATION EXTENDING DATE OF FIRST CMC
CASE NO. 5:23-CV-03418-EKL

14, 2024, Defendants filed a Motion to Dismiss the Second Amended Complaint that is dispositive of the entire case.  (ECF No. 55).  The hearing date on Defendants' Motion to Dismiss the Second Amended Complaint was set for October 3, 2024.  Subsequently, on August 9, 2024, the Court rescheduled the Initial Case Management Conference to October 3, 2024.  (ECF No. 60).  Thereafter, on August 20, 2024, the case was reassigned from Judge Pitts to Judge Lee, and the October 3, 2024 hearing on Motion to Dismiss the Second Amended Complaint and the October 3, 2024 Initial Case Management Conference dates were vacated.  (ECF No. 61).  Presently, per the Court Clerk's August 20, 2024 Order Reassigning Case, the parties must file a Joint Case Management Conference Statement by September 16, 2024 and the Case Management Conference has not been rescheduled by the Court.

On August 29, 2024, counsel for the parties jointly contacted Courtroom Deputy Laura Thomson via email to reschedule the vacated hearing date for the Motion to Dismiss the Second Amended Complaint.  Deputy Thomson acknowledged counsel's request on August 29, 2024, indicating that over 150 cases had been reassigned to Judge Lee and that the Court would follow up with counsel on their request for a rescheduled date for the Motion to Dismiss the Second Amended Complaint.  On September 3, 2024, Deputy Thomson advised the parties via email that the hearing date for the Motion to Dismiss the Second Amended Complaint would be reset for October 30, 2024 at 10:00 a.m.

### **Stipulation**

Based on the foregoing, good cause exists for the parties' stipulation and request that the Court move the Initial Case Management Conference, currently unscheduled, to a date sufficiently after the Court's ruling on the pending Motion to Dismiss the Second Amended Complaint that provides the parties with sufficient time, if necessary, in advance of the Case Management Conference to complete their meet and confer obligations under FRCP 26(f), file an ADR Certification, and file their Joint Case Management Conference Statement.  No party will be prejudiced by the requested further extensions of time given the status of the case.

SECOND STIPULATION EXTENDING DATE OF FIRST CMC
CASE NO. 5:23-CV-03418-EKL

1

2
Dated: September 4, 2024                    PLAZA DE JENNINGS & CHIPMAN LLP

3
By: /s/ Jayne Benz Chipman
                                            Carmen Plaza de Jennings
                                            Jayne Benz Chipman
4

5
Attorneys for Defendants
THE FOOTHILL-DE ANZA
6
COMMUNITY COLLEGE DISTRICT,
DE ANZA COLLEGE, PATRICK J.
7
AHRENS, LAURA CASAS, PEARL CHENG,
PETER LANDSBERGER, LEE LAMBERT,
8
and GILBERT WONG, in their official capacities; CHRISTINA
ESPINOSA-PIEB, in her official and individual capacities;
9
ALICIA CORTEZ, LYDIA HEARN, LLOYD A. HOLMES,
and THOMAS RAY, in their individual capacities,
10

11

12
Dated: September 4, 2024                         ALLEN HARRIS PLLC

13
By: /s/ Michael Thad Allen
                                            Michael Thad Allen
14

15
Attorney for Plaintiff
TABIA LEE
16

17

18

19

20

21

22

23

24

25

26

27

28

PLAZA DE JENNINGS & CHIPMAN LLP
ATTORNEYS AT LAW
ALAMEDA

SECOND STIPULATION EXTENDING DATE OF FIRST CMC
CASE NO. 5:23-CV-03418-EKL