UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABIA LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, et al.,<br><br>        Defendants. | Case No. 23-cv-03418-EKL<br><br>**ORDER RE PRODUCTION OF TRANSCRIPT**<br><br>Re: Dkt. No. 66 |

The court reporter is directed to prepare the transcript of the October 30, 2024 motion hearing in this case on the following basis:.

( )     Ordinary (within 30 days @ $4.40 per page).

( )     14-Day (within 14 days @ $5.10 per page).

( )     Expedited (within 7 days @ $5.85 per page).

( )     3-Day Transcript (within 3 days @ $6.55 per page).

(X)    Daily (overnight @ $7.30 per page).

( )     Hourly (within 2 hours of receipt of the order @ $8.70 per page).

The Clerk is directed to pay said reporter the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: February 8, 2025

_____
EUMI K. LEE
United States District Judge