UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| **TABIA LEE,**<br><br>      Plaintiff,<br><br> v.<br><br>**THE FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT,** et al.,<br><br>      Defendants. | **Case No.:** 5:23-cv-03418-NW<br><br>*Assigned for all purposes to:*<br>*Hon. Noël Wise, Courtroom 3 – 5th Floor*<br><br>[PROPOSED] **ORDER ON MOTION TO BE RELIEVED AS COUNSEL;**<br><br>**Hearing Date:** May 21, 2025<br>**Time:**    9:00 a.m.<br>**Dept. #:**   Courtroom 3 – 5th Floor<br><br>**Complaint Filed:** July 28, 2023<br>**Trial Date:**   Not yet calendared |

**[PROPOSED] ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On May 21, 2025, attorneys Neal S. Zaslavsky, Esq. and Michael Thad Allen, Esq., presently counsel of record to Plaintiff Tabia Lee, appeared by duly noticed motion to move this Court for an order permitting Messrs. Zaslavsky and Allen to withdraw as counsel for Tabia Lee, as Tabia Lee has terminated the services of both attorneys.

Good cause appearing, Messrs. Zaslavsky and Allen shall be permitted to withdraw from their representation of Tabia Lee immediately upon filing a proof of service with this Court indicating that a copy of this Order has been served upon Plaintiff Tabia Lee.

**IT IS SO ORDERED**.

Dated: April 8, 2025

_____
Hon. Noël Wise
United States District Judge