UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABIA LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-03418-NW<br><br>**ORDER TO SHOW CAUSE** |

On July 10, 2023, Plaintiff Tabia Lee ("Plaintiff") filed a complaint against Foothill-De Anza Community College District, Alicia Cortez, and Thomas Ray, and others ("Defendants"). ECF No. 1. Plaintiff filed an amended complaint and second amended complaint. ECF Nos. 27, 52. On February 23, 2025, the Court issued an order granting Defendants' motion to dismiss Plaintiff's second amended complaint with leave to amend in part, and without leave to amend in part. ECF No. 74. The Court set a deadline of March 17, 2025, for Plaintiff to file an amended complaint. *Id*. Plaintiff did not file an amended complaint by that deadline. The time for filing an amended complaint has passed.

On March 21, 2025, Plaintiff's counsel filed a motion to withdraw as attorney. ECF No. 77. The Court granted the motion to withdraw. ECF No. 80.

Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. *See* Federal Rules of Civil Procedure 41(b), 16(f). If Plaintiff opposes the order to show cause, by no later than **Tuesday, June 17, 2025**, Plaintiff must file an opposition and serve it on the Defendants. If Plaintiff fails to timely file an opposition, the Court will dismiss this action without prejudice. *Id*. If Plaintiff timely files an opposition, Defendants may file a response by **Tuesday, June 24, 2025.**

1  A hearing on the order to show cause is set for **Wednesday, July 16, 2025, at 10:00 a.m.** in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. Plaintiff must appear at the hearing in person; no remote appearances will be permitted. The Court may determine that this matter is suitable for disposition without oral argument and vacate the hearing, and if so, will inform the parties accordingly.

**IT IS SO ORDERED.**

Dated: June 3, 2025

Noël Wise
United States District Judge