UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABIA LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-03418-NW<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING; DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**<br><br>Re: ECF No. 82 |

　　　　On July 10, 2023, Plaintiff Tabia Lee ("Plaintiff") filed a complaint against Foothill-De Anza Community College District, Alicia Cortez, and Thomas Ray, and others ("Defendants"). ECF No. 1. Plaintiff filed an amended complaint and second amended complaint. ECF Nos. 27, 52.

　　　　On February 23, 2025, the Court issued an order granting Defendants' motion to dismiss Plaintiff's second amended complaint with leave to amend in part, and without leave to amend in part. ECF No. 74. The Court set a deadline of March 17, 2025, for Plaintiff to file an amended complaint. *Id*. Plaintiff did not file an amended complaint by that deadline.

　　　　On March 21, 2025, Plaintiff's counsel filed a motion to withdraw as attorney, and filed a declaration stating that "Dr. Lee fully and completely understands that her two options are to proceed pro se or obtain successor counsel." ECF No. 77. The Court granted the motion to withdraw. ECF No. 80. Plaintiff has not indicated that she obtained successor counsel; the Court understands that Plaintiff proceeds pro se.

　　　　On June 3, 2025, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and set a deadline for Plaintiff to file an opposition by June 17,

2025. ECF No. 82. Plaintiff has not filed an opposition, an amended complaint, nor contacted the Court to request an extension. Therefore, Plaintiff's action is hereby DISMISSED for failure to prosecute. Federal Rules of Civil Procedure 16(f), 41(b).

The Court VACATES the hearing set for July 16, 2025, at 10:00 a.m., and directs the Clerk to dismiss this case.

**IT IS SO ORDERED.**

Dated: July 9, 2025

Noël Wise
United States District Judge