UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABIA LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT, et al.,<br><br>        Defendants. | Case No. 23-cv-03418-NW<br><br>**JUDGMENT**<br><br>Re: ECF No. 83 |

On July 9, 2025, the Court dismissed Plaintiff's complaint without prejudice for failure to prosecute. ECF No. 83. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 9, 2025

Noël Wise
United States District Judge